**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Garcia-Lopez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj8608 |
| Plaintiff, | ) | |
| v. | ) | |
| **FRANCISCO GARCIA-LOPEZ,** | ) | **NOTICE OF APPEARANCE** |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: July 10, 2008

*s/ James M. Chavez*
Federal Defenders of San Diego, Inc.
*james_chavez@fd.org*

**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Garcia-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**FRANCISCO GARCIA-LOPEZ,**<br>Defendant. | Case No. 08mj8608<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov,

Dated: July 10, 2008

s/ *James M. Chavez*
JAMES M. CHAVEZ
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: james_chavez@fd.org